IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT ALLAN JOHNSON,

    Plaintiff,

v.                                                      4:20cv579–WS/MAF

LT. J. SHULLER, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 14, mistakenly titled an "Order") docketed May 25, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute, to comply with court orders, and to properly serve the defendants.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 14) is

adopted and incorporated by reference in this order of the court.

    2. Plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute, to comply with court orders, and to properly serve the defendants.

    3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this   24th   day of   June  , 2021.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE